

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Jose Alexis SOLIZ-Valdez<br><br>                Defendant. | Magistrate Case No.: '07 MJ 8819<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about September 28, 2007, within the Southern District of California, defendant Jose Alexis SOLIZ-Valdez did knowingly and intentionally import approximately 18.66 kilograms (41.15 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF OCTOBER 2007.

_____
Peter C. Lewis
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Jose Alexis SOLIZ-Valdez

## STATEMENT OF PROBABLE CAUSE

I, Douglas A. Struckmeyer, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On September 28, 2007, Jose Alexis SOLIZ-Valdez made entry into the United States from Mexico through the Calexico, California West Port of Entry. SOLIZ was the driver of a Jeep Cherokee registered in the name of Raquel Zuniga of Bell Gardens, California.

Customs and Border Protection Officer (CBPO) Y. Siqueiros was working primary lane seven (7) when SOLIZ made entry. CBPO Siqueiros received a negative Customs declaration from SOLIZ. CBPO Siqueiros referred SOLIZ to secondary for further inspection.

Once in secondary, CBPO J. Van Arsdall continued the inspection of SOLIZ and the Jeep. CBP Canine Enforcement Officer (CEO) D. Alba used his Narcotic Detector Dog (NDD) "Cindy" to screen the Jeep. NDD Cindy alerted to the odor of controlled substances within the Jeep.

CBPO Van Arsdall searched the Jeep. CBPO Van Arsdall observed brown postal tape wrapped packages hidden within a compartment in the Jeep's gas tank. CBPO Van Arsdall probed a package and found a green leafy substance. A sample of the substance field-tested positive for marijuana. A total of 16 packages were recovered. The packages had a combined weight of about 18.66 kilograms.

Special Agent (S/A) Douglas Struckmeyer responded to the port. S/A Struckmeyer began the interview with SOLIZ at about 09:22 AM. S/A Struckmeyer

advised SOLIZ of his rights per Miranda, in Spanish, with S/A F. Gonzalez present. SOLIZ orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

SOLIZ admitted knowledge of marijuana hidden within the vehicle. SOLIZ stated that he was going to be paid $50.00 to drive the vehicle to Calexico, California and park it in a public parking lot.

Executed on 09/28/2007 at 5:00 PM.

_____
Douglas A. Struckmeyer, Special Agent
U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 28, 2007, in violation of Title 21 United States Code, Section(s) 952 & 960

_____ Date_____
United States Magistrate Judge
9/29/2007