FILED

NOV - 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3012-BTM |
| Plaintiff, | ) |
| | ) I N F O R M A T I O N |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| | ) 960 - Importation of Marijuana |
| JOSE ALEXIS SOLIZ-VALDEZ, | ) (Felony) |
| | ) |
| Defendant. | ) |
| | ) |

The United States Attorney charges:

On or about September 28, 2007, within the Southern District of California, defendant JOSE ALEXIS SOLIZ-VALDEZ, did knowingly and intentionally import approximately 18.66 kilograms (approximately 41.15 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: _November 6, 2007_.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
11/6/07