AO 455 (Rev. 5/85) Waiver of Indictment



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE ALEXIS SOLIZ-VALDEZ | CASE NUMBER: 07CR3012-BTM |

I, JOSE ALEXIS SOLIZ-VALDEZ, the above-named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  11 · 06 · 07  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
            Judicial Officer