1  GERARD J. WASSON
   CALIFORNIA BAR NO 166636
2  406 Ninth Avenue, Suite 205
   San Diego, California  92101
3  Telephone: (619) 232-0181

4  Attorney for Defendant Soliz-Valdez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3012-BTM |
| Plaintiff, | ) ) | Date: January 25, 2008 |
| v. | ) ) | Time: 2:00 p.m. |
| JOSE ALEXIS SOLIZ-VALDEZ, | ) ) ) | MOTION FOR ORDER SHORTENING TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM |
| Defendant. | ) ) ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
     FRED SHEPPARD, ASSISTANT UNITED STATES ATTORNEY

The defendant, Jose Soliz-Valdez, by and through counsel, Gerard J. Wasson, hereby moves this Court for an order shortening time to file DEFENDANT'S SENTENCING MEMORANDUM on Thursday, January 24, 2008.  The reason for this motion is because the parties have requested that the sentencing hearing be advanced on the calendar due to the joint recommendation for a "time served" sentence. Government Counsel has been provided a courtesy copy of this pleading.

DATED: January 24, 2007          /s/ Gerard J. Wasson
                                 GERARD J. WASSON, ESQ.
                                 Attorney for Jose Soliz-Valdez

07CR3012-BTM

1  GERARD J. WASSON
   Attorney at Law
2  California Bar No. 166636
   406 Ninth Avenue, Suite 205
3  San Diego, California 92101
   Telephone: (619) 232-0181
4

5  Attorney for Defendant Jose Soliz-Valdez

6

7                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,         )   Crim. No. 07CR3012-BTM
                   Plaintiff,        )
10                                   )
   v.                                )
11                                   )   CERTIFICATE OF SERVICE
                                     )
12 JOSE ALEXIS SOLIZ-VALDEZ,         )
                                     )
13         Defendant.                )

14
   IT IS HEREBY CERTIFIED THAT:
15
          I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen
16 years of age.  My business address is 406 Ninth Avenue, Suite 205, San Diego, California,
   92101.
17
          I am not a party to the above-entitled action.  I have caused service of the Defendant
18 Jose Soliz-Valdez's Motion for Order Shortening Time to File his Sentencing Memorandum
   on the following parties by electronically filing the foregoing with the clerk of the District
19 Court using its ECF System, which electronically notifies them.

20
          Assistant United States Attorney   fred.sheppard@usdoj.gov
21
          I declare under penalty of perjury that the foregoing is true and correct.
22

23 Executed on January 24, 2008.

24
                            /s/   Gerard J. Wasson
25                          GERARD J. WASSON, ESQ.

26

27

28

                                    - 2 -                       07CR3012-BTM