1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR3012-BTM |
| Plaintiff, ) | |
| v. ) | **ORDER SHORTENING TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM** |
| JOSE ALEXIS SOLIZ-VALDEZ, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's SENTENCING MEMORANDUM may be filed on Thursday, January 24, 2008. Counsel for the Government has been served with a courtesy copy of the pleading.

**SO ORDERED.**

DATED: January 24, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge