# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 07CR3012-BTM
)
vs )  ABSTRACT OF ORDER
)
JOSE ALEXIS SOLIZ- )  Booking No. 01616298
VALDEZ )

TO THE UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __January 25, 2008__
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

✓ _____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

✓ _____ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

BARRY TED MOSKOWITZ
UNITED STATES MAGISTRATE JUDGE

Received _____ (signature) _____ DUSM

OR
W. SAMUEL HAMRICK, JR.  Clerk
by P.M. (signature), Deputy Clerk

Crim-9  (Rev 6-95)       ☆U.S. GPO: 1996-783-398/40151

CLERKS' COPY